Fill in this information to identify your case:

Debtor 1 __Jacques_____ _____ __Brown_____
           First Name     Middle Name     Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number: 19-02958
(If known)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 05 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name _____
Number Street _____
City State ZIP Code _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___  $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name _____
Number Street _____
City State ZIP Code _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___  $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F    Schedule E/F:

Debtor 1  Jacques D  Brown
         First Name  Middle Name  Last Name

Case number (if known) 19-02958

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐
_____  Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
Priority Creditor's Name

_____  When was the debt incurred? _____
Number    Street

                                     As of the date you file, the claim is: Check all that apply.

_____  ☐ Contingent
                                     ☐ Unliquidated
_____  ☐ Disputed
City          State   ZIP Code

**Who incurred the debt?** Check one.      **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only               ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were
                                              intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

☐
_____  Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
Priority Creditor's Name

_____  When was the debt incurred? _____
Number    Street

                                     As of the date you file, the claim is: Check all that apply.

_____  ☐ Contingent
                                     ☐ Unliquidated
_____  ☐ Disputed
City          State   ZIP Code

**Who incurred the debt?** Check one.      **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only               ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were
                                              intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

☐
_____  Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
Priority Creditor's Name

_____  When was the debt incurred? _____
Number    Street

                                     As of the date you file, the claim is: Check all that apply.

_____  ☐ Contingent
                                     ☐ Unliquidated
_____  ☐ Disputed
City          State   ZIP Code

**Who incurred the debt?** Check one.      **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only               ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were
                                              intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: Credit Acceptance
Number Street: 25505 W 12 mile
City: Southfield  State: MI  ZIP Code: 48034

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____
Total claim $_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**
Nonpriority Creditor's Name: Lansing Police Department
Number Street: 2710 170th Street
City: Lansing  State: IL  ZIP Code: 60438

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____
$_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**
Nonpriority Creditor's Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____
$_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

☐

Nonpriority Creditor's Name

Number     Street

City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

Nonpriority Creditor's Name

Number     Street

City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

Nonpriority Creditor's Name

Number     Street

City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number   Street

_____

_____
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                            ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1 Jacques [?] Brown

First Name | Middle Name | Last Name

Case number (if known) 19-02958

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. Domestic support obligations        6a. $_____

6b. Taxes and certain other debts you owe the government        6b. $_____

6c. Claims for death or personal injury while you were intoxicated        6c. $_____

6d. Other. Add all other priority unsecured claims. Write that amount here.        6d. + $_____

6e. Total. Add lines 6a through 6d.        6e. $_____

**Total claim**

**Total claims from Part 2**

6f. Student loans        6f. $_____

6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims        6g. $_____

6h. Debts to pension or profit-sharing plans, and other similar debts        6h. $_____

6i. Other. Add all other nonpriority unsecured claims. Write that amount here.        6i. + $_____

6j. Total. Add lines 6f through 6i.        6j. $_____

**Fill in this information to identify your case:**

Debtor: Jacques D Brown

Debtor 2 (Spouse if filing): 

United States Bankruptcy Court for the: _____ District of _____

Case number (if known): 19-02958

☑ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name / Number Street / City State ZIP Code | |
| **2.2** Name / Number Street / City State ZIP Code | |
| **2.3** Name / Number Street / City State ZIP Code | |
| **2.4** Name / Number Street / City State ZIP Code | |
| **2.5** Name / Number Street / City State ZIP Code | |

Official Form 106G

Fill in this information to identify your case:

Debtor 1    Jacques D Brown
             First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number  19-02958
(If known)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 05 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  Jacques Brown                              X  _____
Signature of Debtor 1                           Signature of Debtor 2

Date 03/05/2019                                Date _____
     MM / DD / YYYY                                 MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court



Date: 03/05/2019

Jacques Brown
14725 Vine
Harvey, IL 60426

**Letter to Filer:**

Case Number, *if applicable*: 19-02958
Case Name, *if applicable*:   Jacques Brown

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

- [ ] Unsigned
- [ ] Debtor(s) or Company check unacceptable
- [ ] No fee is required
- [ ] OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

- [ ] Voluntary Petition (Official Form 101 or 201)
- [ ] No form of payment (one of the following is required)
    - Full Filing Fee
    - Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
    - Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
- [ ] OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

**CORRECTION(S) REQUIRED**

- [ ] Alias Summons:

- [ ] Amended Adversary Complaint:

- [ ] Adversary Proceeding Coversheet:

- [ ] Amended Petition to Correct:

Letter to Filer – Page 2

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☑ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

**ADDITIONAL INFORMATION:**

Amended schedules have a fee of $31.00. Please submit payment.

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**.

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**
**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk    Laura Mendoza

Contact Number  312 408-5000

Updated: 11/22/2017